UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST COURT
MIDDLE ... LA

2008 JAN -7 A 10: 27

BY ... CLERK

UNITED STATES OF AMERICA                    CRIMINAL NO. 07-78-RET-SCR

VERSUS

SAMUEL MICHAEL STOKES

### ORDER

This matter comes before the Court on the United States' Motion in Limine to Prohibit Addressing Defendant's Knowledge of the Registration Requirement and Whether His Firearm Was Unregistered. After fully considering the issues, the motion is GRANTED and the parties are prohibited from addressing at trial the Defendant's knowledge of (1) the registration requirement and (2) whether the firearm was registered. The parties should ensure that their witnesses know of this restriction prior to their testimony and that the witnesses, as well as counsel, comply with this Order.

Signed in Baton Rouge, Louisiana on January 4, 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA